UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DEWAN MORTON, SR., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> CVS CORPORATION, ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:15-cv-02417-APG-NJK <br><br> **O R D E R** <br><br> (Docket No. 4) |

On January 27, 2016, the Court dismissed Plaintiff's complaint without prejudice and ordered that an amended complaint had to be filed no later than February 29, 2016. Docket No. 2. In the interim, Plaintiff has obtained a subpoena seeking discovery from Defendant. *See* Docket No. 4. That subpoena is hereby **QUASHED**. The only pleading on file in this case is Plaintiff's initial complaint, which the Court has already found to be defective. *See* Docket No. 2. In the event Plaintiff files an amended complaint, the Court will then screen that amended complaint pursuant to 28 U.S.C. § 1915(e)(2).[1] At this time, Plaintiff is not entitled to discovery.

IT IS SO ORDERED.

Dated: February 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] If Plaintiff does not file an amended complaint as instructed, the undersigned will recommend dismissal of this case. *See, e.g.*, Docket No. 2 at 5.